# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                                Civil Action
                                                                                No: <u>04-11697-WGY</u>

COMERFORD
Plaintiff

v.

ARMY BOARD CORRECTION MILITARY RECORDS
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,C.J.</u>

      After a hearing held on   11/1/04   ,this Court Orders that the above entitled action be and hereby is Dismissed

                                                                     Tony Anastas
                                                                     Clerk

                                                                     /s/Elizabeth Smith
                                                             By:   _____
                                                                     Deputy Clerk

November 2, 2004

Notice mailed to counsel of record.