Elizabeth Smith, Docket Clerk
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

1 December 2004

RE: Inquiry – <u>Civil Action No. 04-11697-WGY Comerford v. Army Board Correction Military Records</u>.

Dear Ms. Smith:

I am in receipt of your mailing containing the civil docket for case number *1:04-cv-11697 - Comerford v. Army Board for Correction Military Records*. I have re-enclosed a copy of it for you convenience. I never filed this case. I am not now and never been a party to it.

I filed case number *1: 04-cv-10712 Comerford v. U.S. Secretary of the Army*.

I have enclosed the notice of electronic filing for *Comerford v. U.S. Secretary of the Army* that I received from you. Please note that *Comerford v. U.S. Secretary of the Army* was closed on 2 November 2004. This is the same date the civil docket states *Comerford v. Army Board for Correction Military Records* was closed. They are obviously the same cases. However the title and number was changed after the case was closed. Would you be so kind as to correct the record?

Thank you for your attention to this matter.

Sincerely,

Richard W. Comerford
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Enclosures